**No. 59435.**—Mitteldorfer Straus, Inc. *v.* United States, protests 239310–K and 239311–K (New York).

Opinion by JOHNSON, J. At the trial, the collector's returns as to the protests were received in evidence, and counsel for the Government stated that said memoranda indicated that error was made with respect to certain items, recommending that allowances by made accordingly. On the record presented, item 06953 in protest 239310–K and items 06954 and 07233 in protest 239311–K were held properly dutiable at 10 cents per dôzen pieces and 25 percent ad valorem under paragraph 211, as modified, *supra,* and item 06415 in protest 239311–K was held properly dutiable at 10 cents per dozen pieces and 20 percent ad valorem under said modified paragraph, as 10-inch plates.